IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ROBERT EARL ROSE, Defendant. | **4:18CR3030** **ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Defendant shall arrive at NOVA by 11:00 a.m. on May 22, 2018.

2) At 8:30 a.m. on May 22, 2018, the Marshal shall release Defendant from the custody of the Saline County Jail to the Federal Public Defender's Office for transport and timely arrival at NOVA.

May 18, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge